UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAWNIA SIMMONS,

    Plaintiff,

v.

MARRIOT COURT YARD,

    Defendant.

Case No. 19-cv-04431-PJH

**ORDER CHANGING FILING DEADLINES**

Re: Dkt. No. 20

On October 17, 2019, defendant filed a motion to dismiss the action. Dkt. 9. On October 31, 2019—the day the opposition was due—plaintiff filed an administrative motion to extend the deadline to oppose defendant's motion to dismiss. Dkt. 20. In particular, plaintiff is attempting to retain counsel. Following the filing of plaintiff's motion, defendant re-noticed the hearing date for its motion to dismiss to January 29, 2020. Dkt. 21. Additionally, defendant has filed a statement of non-opposition to plaintiff's motion. Dkt. 22.

The court hereby GRANTS plaintiff's administrative motion as follows. Plaintiff's deadline to oppose defendant's motion to dismiss is December 11, 2019. Defendant's deadline reply to plaintiff's opposition is December 18, 2019.

**IT IS SO ORDERED.**

Dated: November 8, 2019

                                      /s/ Phyllis J. Hamilton
                                      PHYLLIS J. HAMILTON
                                      United States District Judge