UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWNIA SIMMONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARRIOT COURT YARD,<br><br>　　　　Defendant. | Case No. 19-cv-04431-PJH<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT, STAYING ACTION PENDING APPOINTMENT OF COUNSEL, AND VACATING HEARING DATE AND CMC** |

　　The plaintiff having requested and being in need of counsel to assist him/her in this matter and good and just cause appearing,

　　IT IS HEREBY ORDERED that plaintiff shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward the referral order to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division. The scope of this referral shall be for:

　　[ ]　　<u>all purposes</u> for the duration of the case

　　[X]　　the <u>limited purpose</u> of representing the litigant in the course of

　　　　[X]　　mediation

　　　　[ ]　　early neutral evaluation

　　　　[ ]　　settlement conference

　　　　[ ]　　briefing [ ] and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

　　　　_____

　　　　_____

　　　　[ ]　　discovery as follows:

　　　　_____

[ ] other:
_____
_____.

2. Upon being notified by the Project that an attorney has been located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action.

4. The January 29, 2020 hearing on defendant's motion to dismiss is hereby VACATED. The case management conference scheduled for February 13, 2020 is hereby VACATED. The hearing and CMC will be rescheduled following the lift of the stay in this action.

**IT IS SO ORDERED.**

Dated: January 17, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge

2