UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWNIA SIMMONS,<br>　　　　Plaintiff.<br>　v.<br>MARRIOT COURT YARD,<br>　　　　Defendant. | Case No. 19-cv-04431-PJH<br><br>**ORDER WITHDRAWING REFERRAL TO FEDERAL PRO BONO PROJECT**<br>Re: Dkt. No. 36 |

This court entered an order on January 17, 2020, referring plaintiff to the Federal Pro Bono Project for legal assistance in connection with the above-captioned matter. The court has been advised that the Pro Bono Project has attempted to procure the assistance of counsel for plaintiff and that, to date, no attorney has volunteered to assist plaintiff despite numerous attempts by the Pro Bono Project to staff the case. As the Pro Bono Project has been unable to obtain counsel for plaintiff,

IT IS HEREBY ORDERED that plaintiff be required to proceed pro se and the stay in the proceedings is lifted as of the date of this order. Defendant's pending motion to dismiss, (Dkt. 9), will be decided on the papers without a hearing.

**IT IS SO ORDERED.**

Dated: November 10, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge