UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAWNIA SIMMONS,

    Plaintiff,

    v.

MARRIOT COURT YARD,

    Defendant.

Case No. 19-cv-04431-PJH

**JUDGMENT**

The issues having been duly heard and the court having granted defendant's motion for summary judgment,

    it is Ordered and Adjudged

    that judgment is hereby entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED.**

Dated: December 9, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge